IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOMINIC SRESHTA and ANITA SRESHTA, husband and wife,<br><br>          Plaintiffs,<br><br>vs.<br><br>ALEJANDRO N. MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns, et al.,<br><br>          Defendants. | 4:22-CV-3231<br><br>ORDER |

IT IS ORDERED:

1. The plaintiffs' unopposed motion to transfer (filing 7) is granted.

2. The Clerk of the Court shall immediately effect transfer of this case to the U.S. District Court for the Southern District of Texas.

Dated this 14th day of December, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge